full. Opinion filed April 15, 1952; released for publication May 27, 1952.

T. W. Carroll, Plaintiff-Appellee, v. N. A. Cummings, John Collis, and White River Drilling Company, Defendants. N. A. Cummings, Appellant.

Term No. 52–F–15.

Russell Wilson, for appellant; Craig & Craig, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full. Opinion filed May 1, 1952; released for publication June 5, 1952.

Irene Starns, Plaintiff-Appellant, v. Louis Postawko, Trading as Green Hall, Defendant-Appellee.

Term No. 52–F–11.

G. Edmond Cook, and Fred P. Schuman, for appellant; Oehmke & Dunham, and Howard F. Boman, for appellee. Opinion by JUSTICE BARDENS. **Not to be published in full.** Opinion filed May 2, 1952; released for publication June 5, 1952.

## Ed Blohm, Plaintiff-Appellant, v. H. Shannon Kagy, B. Lucille Kagy, and The Marion County Building and Loan Association, Defendants-Appellees.

Term No. 52–F–16.

Dowell & Dowell, George W. Dowell, and N. Y. Dowell, for appellant; Robert L. Artz, of counsel; Miller & Pfaff, for appellees. Opinion by JUSTICE BARDENS. **Not to be published in full.** Opinion filed May 2, 1952; released for publication June 5, 1952.

## Gordon A. Coombs, Plaintiff-Appellant, v. Board of Fire and Police Commissioners of City of East St. Louis, Illinois, Defendant-Appellee.

Term No. 52–F–3.